1  David Yeremian (SBN 226337)
   david@yeremianlaw.com
2  Alvin B. Lindsay (SBN 220236)
   alvin@yeremianlaw.com
3  **DAVID YEREMIAN & ASSOCIATES, INC.**
   535 N. Brand Blvd., Suite 705
4  Glendale, California 91203
   Telephone: (818) 230-8380
5  Facsimile: (818) 230-0308

6  UNITED EMPLOYEES LAW GROUP, PC
   Walter Haines (SBN 71075)
7  walterhaines@yahoo.com
   5500 Bolsa Ave., Suite 201
8  Huntington Beach, CA 92649
   Telephone: (310) 652-2242
9
   Attorneys for Plaintiff, LAYLA BASILIALI, on
10 behalf of herself and similarly aggrieved employees

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  LAYLA BASILIALI, an individual, on behalf of herself and others similarly situated, | Case No.: 2:18-cv-3888 RGK (MRWx) |
| 15 | Assigned For All Purposes To: Honorable R. Gary Klausner |
| 16                Plaintiff, | Courtroom 850, 8th Floor, Roybal Bldg. |
| 17          v. | **PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR** |
| 18  ALLEGIANT AIR, LLC, a Nevada limited liability company; and DOES | **APPROVAL OF PRIVATE ATTORNEYS GENERAL ACT** |
| 19  1 through 50, inclusive, | **SETTLEMENT AND RELEASE** |
| 20             Defendants. | |
| 21 | Date:      July 22, 2019<br>Time:      9:00 a.m. |
| 22 | Location: Courtroom 850, 8th Floor<br>              Roybal Courthouse |
| 23 | |
| 24 | Complaint Filed: March 15, 2018<br>Removed: May 9, 2018 |
| 25 | Amended Complaint: June 7, 2018<br>Present Trial Date: August 12, 2019 |

26

27

28

MOTION FOR APPROVAL OF PAGA CLAIM SETTLEMENT AND RELEASE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on **July 22, 2019** at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 850, 8th Floor, of this Court, located at Roybal Federal Building and U.S. Courthouse, 225 East Temple Street, Los Angeles, California 90012, Plaintiff Layla Basiliali ("Plaintiff"), on behalf of herself and other similarly aggrieved flight attendants employed by Defendant Allegiant Air, LLC ("Defendant" or "Allegiant") (collectively, "the Parties"), will and hereby does move the Court for approval of the Parties' Private Attorneys General Act Settlement Agreement and Release ("PAGA Settlement" or "Settlement Agreement"). (*See* Declaration of Alvin B. Lindsay in support of Motion for Settlement Approval ("Lindsay Decl."), ¶ 2, and Exhibit A, Settlement).

The parties have agreed to a mediated settlement of Plaintiff's remaining individual claims and her representative claim under the Private Attorneys General Act ("PAGA"), Labor Code § 2698 *et seq*., on behalf of other similarly aggrieved flight attendants employed by Defendant from **March 15, 2017** through approval date ("PAGA employees"). Upon the settlement of a PAGA action, the Court must "review and approve any penalties sought as part of a proposed settlement agreement" relating to PAGA penalties. Labor Code § 2699(l).

Therefore, without opposition from Defendant, and pursuant to Labor Code § 2699(l), Plaintiff submits the Settlement should be approved, as the statutory requirements set forth by PAGA have been satisfied and the settlement agreement is fair, reasonable, and adequate in view of PAGA's public policy goals.

Plaintiffs request entry of the concurrently provided [Proposed] Order and Judgment granting approval of the PAGA Settlement Agreement, authorizing funding of the settlement and disbursement of payments, and awarding the Settlement Administrator, ILYM Group, Inc., reasonable administration costs and fees of $6,000.00. Plaintiffs further request that the Court approve the requested attorneys' fees and costs awards, as addressed in the Motion documents.

1  Plaintiff respectfully submits good cause exists for granting the Motion for
2  the reasons set forth in the concurrently filed documents. This Motion is based upon
3  this Notice of Motion and Unopposed Motion, the Memorandum of Points and
4  Authorities, and the Declarations of David Yeremian and Alvin B. Lindsay, along
5  with the other documents filed herewith, including the Settlement Agreement, any
6  Exhibits to the Declarations, and the [Proposed] Order and Judgment, as addressed
7  above, and the other pleadings and records on file in this action, and the
8  presentations of counsel and such oral or documentary evidence as may be
9  presented at the hearing on this unopposed Motion.

11  DATED:  June 19, 2019          DAVID YEREMIAN & ASSOCIATES, INC.

                                   By */s/ Alvin B. Lindsay*
                                   David Yeremian
                                   Alvin B. Lindsay
                                   Attorneys for Plaintiff LAYLA BASILIALI
                                   and the similarly aggrieved employees