JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAYLA BASILIALI, an individual, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGIANT AIR, LLC, a Nevada limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-3888 RGK (MRWx)<br><br>Assigned For All Purposes To:<br>Honorable R. Gary Klausner<br>Courtroom 850, 8th Floor, Roybal Bldg.<br><br>[~~PROPOSED~~] **JUDGMENT & DISMISSAL OF ACTION**<br><br>Complaint Filed: March 15, 2018<br>Removed: May 9, 2018 |

On July 1, 2019, the Court granted Plaintiff Layla Basiliali's ("Plaintiff") Motion for Approval of the Private Attorneys General Act ("PAGA") Settlement Agreement and Release entered into between Plaintiff, on behalf of herself and as a proxy/agent for the State of California and the Labor Workforce Development Agency ("LWDA"), and Defendant Allegiant Air, LLC ("Defendant" or "Allegiant") ("PAGA Settlement" or "PAGA Settlement Agreement"). ECF No. 88. The PAGA Settlement Agreement provides for a judgment and dismissal to be entered along with the order approving the PAGA Settlement. *See, e.g.*, ECF No. 84-3, p. 6 of 24, ¶ 2.11 ("'Judgment' means the judgment to be executed and entered by the Court pursuant to this Agreement."); p. 16 of 24, ¶ 4.10 ("This Settlement is expressly conditioned upon the Court granting the Motion and entering the Approval Order and Judgment, including the dismissal of Plaintiff's representative PAGA claims and Plaintiff's individual California Labor Code claims with prejudice, and California Labor Code class claims without prejudice.").

In accordance with the Order Approving the PAGA Settlement (the "Order") and the PAGA Settlement Agreement, the Court hereby **ORDERS, ADJUDGES AND DECREES** as follows:

1. Judgment in this matter is hereby entered in accordance with the terms of the Order and the PAGA Settlement Agreement. Unless otherwise provided herein, all capitalized terms used herein shall have the same meaning as defined in the PAGA Settlement Agreement.

2. The claims of Plaintiff Layla Basiliali individually and the representative claims brought by Plaintiff on behalf of all the PAGA Settlement Employees as proxies/agents for the State of California and the LWDA are hereby DISMISSED WITH PREJUDICE. Plaintiff's remaining class claims, to the extent they remain following the Court's striking of the motion for class certification, are hereby DISMISSED WITHOUT PREJUDICE.

3. Neither the PAGA Settlement, nor any of the terms set forth in the

PAGA Settlement Agreement, are admissions by the Released Parties, nor is the Order or this Judgment a finding of the validity of any claims in the Lawsuit or of any wrongdoing by the Released Parties.

    4.    This Judgment is intended to be a final disposition of the Lawsuit in its entirety. This Court shall retain jurisdiction with respect to all matters related to the administration and consummation of the Settlement.

    5.    Plaintiff shall submit a copy of this Judgment to the LWDA within ten (10) days of entry of this Judgment.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: July 24, 2019

_____
HON. R. GARY KLAUSNER
United States District Judge